391 P.3d 1245

David PREBLE, Petitioner-Appellant,

v.

STATE of Hawai'i, Respondent-Appellee.

NO. CAAP-14-0000531

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 17, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (S.P.P. NO. 11-1-0054 (CR. NO. 99-2362))

424

SUMMARY DISPOSITION ORDER

Affirm.